Case 2:09-cv-05913-CAS-VBK   Document 18   Filed 01/28/10   Page 1 of 3   Page ID #:73

JOHN E. KELLY, ESQ. (CA Bar 40,217)
SCOTT W. KELLEY, ESQ. (CA Bar 110,702)
MICHAEL A. DiNARDO, ESQ. (CA Bar 216,991)           JS-6
KELLY LOWRY & KELLEY, LLP
6320 Canoga Avenue, Suite 1650
Woodland Hills, California 91367
Tel:   (818) 347-7900
Fax:  (818) 340-2859
E-Mail: mike@klkpatentlaw.com

Attorneys for Plaintiff PRECISION
DYNAMICS CORPORATION

J. DONALD BEST, ESQ. (CA Bar 146984)
MICHAEL BEST & FRIEDRICH, LLP
One South Pinckney Street, Suite 700
Madison, Wisconsin 53703
Tel:   608/257-3501
Fax:  608/283-2275
E-Mail: jdbest@michaelbest.com

Attorneys for Defendant
WRISTBAND RESOURCES, INC.

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PRECISION DYNAMICS CORPORATION, a California corporation<br>        Plaintiff,<br><br>vs.<br><br>WRISTBAND RESOURCES, INC., a Wisconsin corporation,<br>        Defendant. | No.: CV09-5913 CAS (VBKx)<br><br>ORDER DISMISSING THE ENTIRE ACTION WITH PREJUDICE PURSUANT TO FRCP, RULE 41(a)(ii) |

[PROPOSED] ORDER DISMISSING WITH PREJUDICE
1

Pursuant to Federal Rule of Civil Procedure, Rule 41(a)(ii) and the separate agreement of the parties, IT IS HEREBY ORDERED THAT:

(1) Plaintiff Precision Dynamics Corporation's complaint against Defendant Wristband Resource, Inc., and every cause of action therein, is dismissed in its entirety; and

(2) Counterclaimant Wristband Resource, Inc.'s counterclaim against Counterdefendant Precision Dynamics Corporation, and every cause of action therein, is dismissed in its entirety.

Date: 1/28/10

_____
Hon. Christina A. Snyder
U.S. District Judge

# **CERTIFICATE OF SERVICE**

I hereby certify that on January 28, 2010, I electronically filed the foregoing document, entitled,

[PROPOSED] ORDER DISMISSING THE ENTIRE ACTION

WITH PREJUDICE PURSUANT TO FRCP, RULE 41(a)(ii)

with the clerk of the court for the U.S. District Court, Central District of California, using the electronic case filing system of the court.  The electronic case filing system sent a Notice of Electronic Filing to the following attorney of record who has consented in writing to accept this Notice as service of this document by electronic means:

> J. Donald Best.
> Michael, Best & Friedrich
> One South Pinckney Street
> Suite 700
> Madison, Wisconsin 53703
> Tel: 608/257-3501
> Fax: 608/283-2275
> Counsel for Defendant Wristband Resources, Inc.

  /Michael A. DiNardo/
Michael A. DiNardo